failure to prosecute in accordance with the rules.

Melinda L. DUTY, Petitioner,

v.

DEPARTMENT OF the NAVY, Respondent.

No. 2010–3036.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2009.

Melinda L. Duty, Standwood, WA, pro se.

, David A. Levitt, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Sergio I. TORRES, Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, Respondent.

No. 2010–3034.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2009.

Lorenzo W. Tijerina, San Antonio, TX, for Petitioner.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.